# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0164

VERSUS

CHRISTOPHER NICHOLLS EASON                       **APRIL 4, 2024**

---

In Re:     Christopher Nicholls Eason, applying for supervisory
           writs, 21st Judicial District Court, Parish of
           Tangipahoa, No. 1402849.

---

**BEFORE:     WELCH, WOLFE, AND STROMBERG, JJ.**

    **WRIT DENIED AS MOOT.** The records of the Tangipahoa Clerk
of Court reflect that the requested documents were mailed to
relator on December 13, 2023.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT